**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| DEBRA K. CHILLAS, LORI A. MCNAUGHTON AND MICHELE S. ACHEY, | : No. 643 MAL 2020 |
| | : |
| Respondents | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| MICHAEL B. REEDY, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.